UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW ROBERT DESCAMPS,<br><br>    Plaintiff,<br><br>    vs.<br><br>BUSH, et al.,<br><br>    Defendants. | NO. CV-11-035-EFS<br><br>**ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION FOR LACK OF JURISDICTION** |

Plaintiff, a *pro se* prisoner at the U.S. Penitentiary in Jonesvilee, VA, brings this action, purportedly under 42 U.S.C. § 1983. After review of the complaint and Plaintiff's application to proceed *in forma pauperis*, the Court finds it lacks jurisdiction to consider claims regarding Plaintiff's current conditions of confinement as he is presently incarcerated outside this judicial district.

This Court has previously determined Mr. Descamps is precluded from proceeding *in forma pauperis* under 28 U.S.C. § 1915(g). *See* CV-07-121-EFS, ECF No. 6. Plaintiff's present factual allegations do not support his conclusion that his life is in danger. Therefore, the Court finds it would not be in the interest of justice to transfer this action under 28 U.S.C. § 1631.

Accordingly, **IT IS ORDERED** the application to proceed *in forma*

ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION FOR LACK OF JURISDICTION -- 1

*pauperis* is **DENIED** and the Complaint is **DISMISSED without prejudice** for lack of jurisdiction.

**IT IS SO ORDERED.** The District Court Executive is **DIRECTED** to enter this Order, enter judgment, and forward a copy to Plaintiff, along with the original documents received in this action on January 26, 2011. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this ____26th____ day of January 2011.


                         _____s/ Edward F. Shea_____
                               EDWARD F. SHEA
                          UNITED STATES DISTRICT JUDGE

Q:\Civil\2011\11cv035efs-1-26-disjx.wpd

ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION FOR LACK OF JURISDICTION -- 2