UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW ROBERT DESCAMPS,<br><br>             Plaintiff,<br><br>     vs.<br><br>BUSH, et al.,<br><br>             Defendants. | NO.  CV-11-035-EFS<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

BEFORE THE COURT on remand from the Ninth Circuit Court of Appeals is an "Objection" (ECF No. 8), which was apparently filed simultaneously with Mr. Descamp's Notice of Appeal (ECF No. 9) on February 4, 2011. The Objection has been construed by the Ninth Circuit Court of Appeals as a Motion for Reconsideration. Accordingly, the District Court Executive shall designate that document (ECF No. 8) as a Motion for Reconsideration.

Motions for reconsideration serve a limited function. "'[T]he major grounds that justify reconsideration involve an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice.'" *Pyramid Lake Paiute Tribe v. Hodel*, 882 F.2d 364, 369 n.5 (9th Cir. 1989). Such motions are not the proper vehicle for offering evidence or theories of law that were available to the party at the time of the initial ruling.

ORDER DENYING MOTION -- 1

*Fay Corp. v. Bat Holdings I, Inc.,* 651 F. Supp. 307, 309 (W.D. Wash. 1987).

In the instant case, Plaintiff has not alleged that there has been an intervening change of controlling law. Likewise, he has not offered newly-discovered evidence that would justify this Court taking a second look at the issue in question. Thus, the only remaining question is whether the Court should alter its prior ruling in order to "correct a clear error or prevent manifest injustice." *Pyramid Lake*, 882 F.2d at 369 n.5. The Court has already explained it is without jurisdiction to consider Mr. Descamps' claims, and the Court finds its prior ruling was not clearly erroneous.

Accordingly, **IT IS ORDERED** that Plaintiff's Motion for Reconsideration **(ECF No. 8)** is **DENIED**.

To the extent Mr. Descamps is asserting a violation of the Court Policy Against Discrimination, LR 83.4, Local Rules for the Eastern District of Washington, ECF No. 8 has been brought to the attention of the appropriate judicial officer.

**IT IS SO ORDERED.** The District Court Executive is **DIRECTED** to enter this Order, forward copies to Plaintiff and to the Ninth Circuit Court of Appeals and close the file.

**DATED** this    14th    day of February 2011.


                        S/ Edward F. Shea
                         EDWARD F. SHEA
                  United States District Judge

Q:\Civil\2011\11cv035efs-2-10-dnyrecon.wpd

ORDER DENYING MOTION -- 2